# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## Case No. _____12-CV-20241-MARTINEZ/WHITE_____

# The attached hand-written document
# has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
_Miami_ DIVISION

RÉC'D by _____ D.C.

JAN 2 3 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. -- MIAMI

## § 2241 HABEAS CORPUS PETITION FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 28 U.S.C. § 2241
## OR IN ACTIONS CHALLENGING REMOVAL PROCEEDINGS

_CARLOS DIOSDADO RIVERA_

Inmate/Alien # _19 618 995_.
_Everglades Correctional Institution_
_1599 S.W. 187th Avenue_
_Miami Florida 33194_.

RECEIVED

JAN 1 9 2012

EVERGLADES C.I.

(Enter full name of Petitioner, prison number
or alien [A] number, if applicable, AND
address of place of confinement.)

VS.

CASE NO: _____
(To be assigned by Clerk)

_KENNETH S. TUCKER,_
_Secretary, Florida Department of_
_Corrections,_____,

_____,

_____.

(Enter name and title of each Respondent.
If additional space is required, use the blank
area below and directly to the right.)

cat / div _2241/530/MIA_____
Case # _____
Judge _____ Mag _PAW_____
Motn Ifp __Yes__ Fee pd $ _∅_
Receipt # _____

## ALL APPLICANTS MUST COMPLETE THIS ENTIRE FORM

## ANSWER ALL OF THE FOLLOWING:

1.  This petition concerns (check where applicable):

    (a).  ☐  a conviction
    (b).  ☐  a sentence
    (c).  ☐  prison disciplinary action or other action resulting in lost gain time credits
    (d).  ☐  parole
    (e).  ☑  immigration/removal
    (f).  ☐  other (explain): _____

2.  Provide the following information regarding the conviction(s) and sentence(s) for which you are presently incarcerated:

    (a). Name(s) and location(s) of court: *Eleventh Judicial Circuit, Dade Co.*

    (b). Case Number(s): *Not available*

    ©. Charge(s) for which you were convicted: *Robbery*

    _____

    _____

    (d).  What was your plea?  (Check one)
    (1) Not Guilty          ☐
    (2) Guilty              ☑
    (3) Nolo contendere     ☐

    (e).  Did you appeal from the judgment of conviction?     Yes  ☐       No  ☑

3.  If you did appeal, answer the following:

    (a) Name of Court: _____ Case #: _____

    (b) Result: _____

    © Date of opinion and mandate (citation, if known): _____

    _____

4.  Claims that challenge your conviction or imposition of sentence can only be raised by motion under 28 U.S.C. § 2255 unless the § 2255 motion is inadequate or ineffective to test the legality of your detention. If any of the grounds raised above challenge your conviction or sentencing:

    (a) Have you filed a motion under 28 U.S.C. § 2255?
        Yes  ☐          No  ☑

2

If yes, please provide the results of the proceeding(s) and the relevant date(s): _____

_____

_____

_____

(b).  Explain why the remedy under § 2255 was or is inadequate or ineffective:

Petitioner is challenging an immigration detainer on the ground that there is no repatriation agreement between the United States and the Republic of Cuba and Petitioner maintains a good disciplinary report in the Florida Department of Corrections.

5.   Are you currently represented by counsel in this case or in any other court case?

     Yes ☐     No ☑
If yes, please explain: _____

6.   If this case concerns removal proceedings:

    (a) Date of final order of removal: ___not available_____

    (b) Did you file an appeal with the Board of Immigration Appeals?   Yes ☐    No ☑

7.   In the spaces below, set forth every ground which supports your claim that you are incarcerated unlawfully.  Briefly summarize the specific facts in support of each ground raised.  Conclusions that are not supported by specific facts are insufficient.  You may attach additional pages if necessary to raise additional grounds or provide additional facts.  Do not cite any law in your statement of facts.

    (a).    Ground one: PETITIONER'S DETAINER AS IT WAS LODGED BY THE IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY OF THE UNITED STATES VIOLATES FUNDAMENTAL GUARANTEES OF DUE PROCESS UNDER THE UNITED STATES CONSTITUTION SINCE THERE IS NO REPATRIATION AGREEMENT BETWEEN THE UNITED STATES AND THE REPUBLIC OF CUBA.

3

Supporting FACTS (state *briefly* without citing cases or law): _____

_SEE ATTACHED PAGE 4.1_ _____

_____

_____

_____

_____

_____

Exhaustion:

[1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?

    Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

_____

_____

[2] - (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?

    Yes ☐   No ☑

If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

_____

(b).   Ground two: _____

_____

_____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

4

Supporting Facts):

Petitioner Carlos Diosdado Rivera is a 53-year old Cuban immigrant who arrived to the United States from Cuba on January 28, 1971.

In 2002, Petitioner was convicted of Robbery in Florida and sentenced to fifteen years in the Florida Department of Corrections.

Through a deportation proceeding that took place in 1992, Petitioner Rivera was deported from the United States. The immigration and naturalization service of that time lodged a detainer against the Petitioner. The United States does not have a repatriation agreement with Cuba.

Petitioner has maintained a good disciplinary report in the Florida Department of Corrections

Petitioner is challenging the lodged detainer by the current Immigration and Customs Enforcement agency as a continuous detention in violation of fundamental guarantees of due process under the United States Constitution.

4.1

_____

_____

Exhaustion:

[1] - Have you presented ground two to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?

    Yes  ☐   No  ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).  Include any appeals:

_____

_____

_____

[2] - (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground two to the Board of Immigration Appeals?

    Yes  ☐   No  ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

_____

©. Ground three: _____

_____

_____

_____

_____

    Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

Exhaustion:

[1] - Have you presented ground three to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?

    Yes  ☐   No  ☐

5

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

_____

_____

_____

[2] - (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground three to the Board of Immigration Appeals?
    Yes  ☐   No  ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

_____

(d).    Ground four: _____

_____

_____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

Exhaustion:
[1] - Have you presented ground four to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
    Yes  ☐   No  ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

_____

_____

_____

6

[2] - (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground four to the Board of Immigration Appeals?

Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

_____

_____

8.   WHEREFORE, based upon the grounds raised above, Petitioner prays that the court will grant the following relief: *Petitioner seeks an order which will set aside the immigration detainer lodged against him because there is no repatriation agreement between the United States and the Republic of Cuba and Petitioner maintains a good conduct in the Florida Department of Corrections.*

_____

_____

_____

## DECLARATION

I declare under penalty of perjury that I have read the above and the information contained herein is true and correct.

_____1-18-12_____
(Date)

_____Carlos Rivera_____
Signature of Petitioner

## IF MAILED BY PRISONER:

☑ I declare or state under penalty of perjury that this petition was (check one):
delivered to prison officials for mailing,   or   ☐ deposited in the prison's internal mail system on:
_____1-19-12_____ (date).

_____Carlos Rivera_____
Signature of Petitioner

7